UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Loc T.,

    Petitioner,

v.

Pamela Bondi, Attorney General, et al.,

    Respondents.

Case No. 25-cv-4705 (PJS/DTS)

**ORDER**

---

**THE COURT HEREBY ORDERS**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Loc T. by no later than December 31, 2025, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to respondents' answer, he must do so within seven days of the date when the answer is filed. Thereafter, no further

submissions from either party will be permitted, except as authorized by Court order.

Dated: December 19, 2025                     　　s/ David T. Schultz　　　　
　　　　　　　　　　　　　　　　　　　　　　　 DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge