# UNITED STATES DISTRICT COURT
## District of Minnesota

Loc Vinh Truong,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Acting Director David Easterwood, Sheriff Ryan Shea,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4705 PJS/DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents' objection [ECF No. 11] is OVERRULED.
2. The Report and Recommendation [ECF No. 10] is ADOPTED
3. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
4. Respondents are ORDERED to release petitioner from custody within 48 hours of entry of this Order, subject to the conditions of his Order of Supervision dated October 13, 2009. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota.
5. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 3/3/2026

KATE M. FOGARTY, CLERK